IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
SEP 14 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 2:07CR197-WKW |
| FREDERICK LAMONT EDWARDS ) | [18 USC 922(g)(1)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 11th day of June, 2007, in Hayneville, Alabama, within the Middle District of Alabama,

**FREDERICK LAMONT EDWARDS,**

defendant herein, having been convicted on or about the 28th day of January, 1993, for 2nd degree murder, a felony for which he was sentenced to serve 180 months by the Hennepin County Minnesota, District Court, thereafter knowingly possessed in and affecting commerce, a Bersa Thunder, .380 caliber semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

**FREDERICK LAMONT EDWARDS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of

this offense, including but not limited to the following:

>One Bersa Thunder, .380 Caliber Semi-Automatic Pistol.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

/s/ *signature*
FOREPERSON

/s/ *signature*
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ *signature*
John T. Harmon
Assistant United States Attorney

/s/ *signature*
Kent B. Brunson
Assistant United States Attorney

2