IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr197-WKW |
| ) | |
| FREDERICK LAMONT EDWARDS ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Frederick Lamont Edwards, now in custody of Gus Harrison Correctional Facility, Adrian, Michigan, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on October 31, 2007, at 10:00 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Gus Harrison Correctional Facility, Adrian, Michigan, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on October 31, 2007, at 10:00 a.m.

Respectfully submitted this the 3rd day of October, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO.  2:07cr197-WKW |
| | ) | |
| FREDERICK LAMONT EDWARDS | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed October 3, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Gus Harrison Correctional Facility, Adrian, Michigan, commanding them to deliver Frederick Lamont Edwards, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on October 31, 2007, at 10:00 a.m. and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE