IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  2:07cr197-WKW |
| ) | |
| FREDERICK LAMONT EDWARDS ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed October 3, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Gus Harrison Correctional Facility, Adrian, Michigan, commanding them to deliver Frederick Lamont Edwards, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on October 31, 2007, at 10:00 a.m. and to return the prisoner to said official when the court shall have finished with him.

DONE this 3rd day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE