IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.              ) | CR NO. __2:07CR197-WKW__ |
| ) | |
| FREDERICK LAMONT EDWARDS ) | |

## CONSENT

I, __Frederick Lamont Edwards__, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my attorney, hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DONE, this the __24th__ Day of __January__, 20__08__.

_Frederick Edwards_
DEFENDANT

_Aylia McKee_
ATTORNEY FOR DEFENDANT