IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:07cr197-WKW |
| ) | |
| **FREDERICK LAMONT EDWARDS** ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, Frederick Lamont Edwards, by and through undersigned counsel, Aylia McKee, and moves this Court to continue sentencing in this matter. In support of this Motion, Defendant would show the following:

1. This matter is presently set for sentencing on April 15, 2008 at 10:30 a.m.

2. Undersigned counsel will be in trial on April 10 - 15, 2008, in the case of USA v. Lorenzo Rainer, and on April 21 - 22, 2008, in the case of USA v. David Allen.

3. The United States, by and through Assistant United States Attorney, Kent Brunson, has no objection to this motion.

WHEREFORE, for the foregoing reasons, Mr. Edwards respectfully requests that his sentencing hearing be continued.

Dated this 9th day of April, 2008.

                          Respectfully submitted,

                          s/ Aylia McKee
                          AYLIA MCKEE
                          Assistant Federal Defender
                          201 Monroe Street, Suite 407
                          Montgomery, Alabama 36104
                          Phone: (334) 834-2099
                          Fax: (334) 834-0353
                          E-mail: aylia_mckee@fd.org
                          ASB-6178-A39M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )   )   | |
| V.  )  | CR. No.: 2:07cr197-WKW |
|   )   | |
| **FREDERICK LAMONT EDWARDS** )  | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M