IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                     ) | Case No. 2:07-cr-0197-WKW |
| ) | |
| FREDERICK LAMONT EDWARDS ) | |

## **ORDER**

Upon consideration of the unopposed Motion to Continue Sentencing Hearing (Doc. # 25), it is ORDERED that the motion is GRANTED. The sentencing hearing is continued from April 15, 2008 to **April 29, 2008, at 10:30 a.m.**

DONE this the 10th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE